# EXHIBIT LIST

CASE NO. 10-14551-TUC-J.M.M    DATE 10/27/10

DEBTOR Linda Vista Cinemas, LLC

( ) PLAINTIFF  ( ) DEFENDANT

( ) MOVANT  ( ) RESPONDENT

( ) TRUSTEE  (X) CREDITOR

( ) OTHER

FILED OCT 27 2010 U.S. BANKRUPTCY CLERK FOR THE DISTRICT OF ARIZONA

| Exhibit # | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| A | 10/27/10 | 10/27/10 | Trial Balance |
| B | " | " | BAZ votes for the Plan |
| C | " | " | BAZ votes against the Plan |