# EXHIBIT LIST

CASE NO. 4:10-bk-14551-JMM        DATE 10/27/10

DEBTOR LINDA VISTA CINEMAS, L.L.C., an Arizona limited liability company, dba Tower Theatres

( ) PLAINTIFF                  ( ) DEFENDANT

(X) MOVANT (DEBTOR)            ( ) RESPONDENT

( ) TRUSTEE                    ( ) CREDITOR

( ) OTHER

*FILED OCT 27 2010 U.S. BANKRUPTCY CLERK FOR THE DISTRICT OF ARIZONA*

| Exhibit # | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 1 | 10/27/10 | 10/27/10 | First Amended Plan of Reorganization and Projections |
| 2 | | | Debtor's Ballot Report |
| 3 | | | Financial Statement for Linda Vista Cinemas, LLC |
| 4 | | | Financial Statements for Cutler Fire Protection |
| 5 | | 10/27/10 | Financial Statements for Grand Cinemas, LLC |
| 6 | | | Dan and Linda Cutler's Personal Financial Statements |
| 7 | | | Expert Report of Randall P. Sanders |
| 8 | | 10/27/10 | Security Agreement between Bank of Arizona and Grand Cinemas, LLC dated 10/27/06 |
| 9 | | 10/27/10 | Promissory Note ($5,293,000.00); Linda Vista Cinemas, L.L.C., to Bank of Arizona dated 10/27/06 |
| 10 | | | Unconditional Guaranty by Dan G. Cutler, Linda L. Cutler, Kent D. |

Case 4:10-bk-14551-JMM    Doc 93    Filed 10/27/10    Entered 11/04/10 10:38:24    Desc
Main Document    Page 1 of 2

11/04/2010

| Exhibit # | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| | | 10/27/10 | Edwards, and Angela L. Edwards dated 10/23/06 |
| 11 | 10/27/10 | | Unconditional Guaranty by Grand Cinemas, LLC (Kent Edwards, Manager) dated 10/23/06 |
| 12 | | | Unconditional Guaranty by Cutler Fire Protection, Inc. (Daniel G. Cutler, President) dated 10/27/06 |
| 13 | | | Fifth Modification Agreement; Consent and Agreement to Guarantors dated 10/7/08 |
| 14 | | | UCC Financing Statement for Bank of Arizona dated 10/31/06 |
| 15 | | | UCC Report |