SIGNED.

Dated: February 10, 2011

_James M. Marlar_
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINDA VISTA CINEMAS, L.L.C., | ) | No. 4:10-bk-14551-JMM |
| | ) | |
| | ) | **ORDER** |
| Debtor. | ) | |

Based upon hearings held on February 10, 2010, the court issues the following orders:

1. The Debtor's Motion to Stay Deadline to File an Amended Plan Pending appeal (ECF NO. 110) is GRANTED IN PART and DENIED IN PART. The Debtor's motion is granted, in that due to the uncertainty of the status of the pending appeal, the Debtor's motion shall be treated as a motion to extend deadlines. The extension is granted until June 30, 2011, without prejudice.

2. The Debtor's Motion to Extend the Exclusivity Period (ECF No. 110) is DENIED.

3. The Bank of Arizona's Request for an Order Dissolving Preliminary Injunction (ECF No. 119) is DENIED.[1]

DATED AND SIGNED ABOVE.

---

[1] The order is the flipside of a Motion for Stay Pending Appeal. FED. R. BANKR. P. 8005. Although not presented in the exact procedural context of the Rule, the parties are familiar with the unusual procedural, legal and practical problems surrounding the reviewing court's difficulties in scheduling hearings and resolving this appeal.

1 | COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:
2 |
3 | Isaac Rothschild, Attorney for Debtor
4 | Gerald R. Shelley, Attorney for Bank of Arizona
5 | Office of the U.S. Trustee
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |